UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 7 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| JOSEPH DINGLER, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 17-2200 (UNA) |
| JAMES HATTEN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

It is hereby

ORDERED that the plaintiff's application for leave to proceed *in forma pauperis* [2] is DENIED WITHOUT PREJUDICE. The Court is unable to determine the plaintiff's ability to pay the filing fee based on his incomplete application and reliance on a "Dept [sic] of Labor Wage Statement" to which the plaintiff refers but does not attach to his application. It is

FURTHER ORDERED that the complaint [1] and this civil action are DISMISSED WITHOUT PREJUDICE. If the plaintiff wishes to proceed, he must submit a completed Application to Proceed in District Court Without Prepaying Fees or Costs and a motion for permission to use a Post Office Box as his mailing address.[1]

SO ORDERED.

/s/
United States District Judge

DATE: November 9th, 2017

---

[1] The Court notes that the plaintiff filed a substantially similar complaint in a matter still pending before the United States District Court for the Northern District of Georgia. *See Dingler v. Hatten*, No. a:17-cv-3632 (N.D. Ga. Sept. 19, 2017).

1